■ In the Matter of KATHRYN GORDON, Respondent, v HAROLD MACOFF ELECTRIC, LTD., Appellant. [714 NYS2d 917] —Order unanimously affirmed without costs for reasons stated in decision at Erie County Court, Drury, J. (Appeal from Order of Erie County Court, Drury, J.—Vacate Judgment.) Present—Green, J. P., Pine, Hayes, Hurlbutt and Kehoe, JJ.

■ RACHON BARNES, as Administratrix of the Estate of PHYLLIS DUMAS, Deceased, Appellant, v SHEEHAN MEMORIAL HOSPITAL, Respondent, et al., Defendants. [714 NYS2d 917] —Order unanimously reversed on the law without costs, motion denied and complaint against defendant Sheehan Memorial Hospital reinstated. Memorandum: Supreme Court erred in granting the motion of Sheehan Memorial Hospital (defendant) for summary judgment dismissing the complaint against it. Although a hospital may not be held liable for the negligence of a private attending physician practicing at its facility, it "may yet be held concurrently liable with a private practitioner for the independent negligence of [its] medical staff" (*Gerner v Long Is. Jewish Hillside Med. Ctr.*, 203 AD2d 60, 61-62; *see, Pellegrino v Cunanan*, 227 AD2d 950). Defendant failed to establish as a matter of law that its employees did not deviate from accepted nursing practice and therefore failed to sustain its burden of establishing entitlement to summary judgment (*see, Winegrad v New York Univ. Med. Ctr.*, 64 NY2d 851, 853; *Indelicato v Wyckoff Hgts. Hosp.*, 205 AD2d 664, 665; *Groeger v Col-Les Orthopedic Assocs.*, 149 AD2d 973; *cf., Olivero v Kropelin*, 186 AD2d 1086). (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Summary Judgment.) Present—Green, J. P., Pine, Hayes, Hurlbutt and Kehoe, JJ.

■ JOSEPH WASHINGTON, Respondent-Appellant, v STATE OF NEW YORK, Appellant-Respondent. (Claim No. 84421.) [714 NYS2d 918] —Judgment unanimously affirmed without costs for reasons stated in decisions at Court of Claims, Corbett, Jr., J. (Appeals from Judgment of Court of Claims, Corbett, Jr., J.—Negligence.) Present—Green, J. P., Pine, Hayes, Hurlbutt and Kehoe, JJ.